**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**SHYJUAN CLAYTON, ET AL.**                                                                                           **PLAINTIFFS**

**VS.**                                                                                                        **No. 3:21-cv-00174-GHD-JMV**

**CITY OF OXFORD, MISSISSIPPI; ET AL.**                                                              **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Plaintiffs Shyjuan Clayton and the Estate of Dominique Clayton ("Plaintiffs") brought suit against the City of Oxford and Chief Jeff McCutchen in his individual and official capacities ("Municipal Defendants"). *See* Doc. No. 1. Municipal Defendants have moved to dismiss or, alternatively, for summary judgment, on the grounds of sovereign and qualified immunity. *See* Doc. Nos. 28 & 29.

Under Rule 16(b)(3)(B) of the Uniform Local Rules of the United States District Courts for the Northern and the Southern Districts of Mississippi, "[f]iling a . . . motion asserting an immunity defense . . . stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

ACCORDINGLY, IT IS ORDERED that the proceedings enumerated in Rule 16(b)(3)(B) along with the case management conference are stayed, pending a ruling on Municipal Defendants' motion.

This 14th day of September, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE