**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| SHYJUAN CLAYTON, INDIVIDUALLY, AND ON BEHALF OF ALL HEIRS-AT-LAW AND WRONGFUL DEATH BENEFICIARIES OF DOMINIQUE CLAYTON, DECEASED, AND THE ESTATE OF DOMINIQUE CLAYTON, DECEASED | PLAINTIFF |
| v. | CIVIL ACTION NO. 3:21-CV-00174-GHD-RP |
| CITY OF OXFORD, MISSISSIPPI, POLICE CHIEF JEFF MCCUTCHEN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, AND FORMER POLICE OFFICER MATTHEW KINNE, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, AND JOHN AND JANE DOES 1-10 | DEFENDANTS |

**ORDER GRANTING DEFENDANTS CITY OF OXFORD, MISSISSIPPI, AND POLICE CHIEF JEFF MCCUTCHEN'S MOTION TO DISMISS**

Pursuant to an Opinion issued this day and an Order on Damages as to Defendant Matthew Kinne [64], it is hereby ORDERED that:

(1) Defendants City of Oxford, Mississippi, and Police Chief Jeff McCutchen's Motion to Dismiss [28] is GRANTED;

(2) the Plaintiffs' 42 U.S.C. § 1983 claim against Defendant City of Oxford, Mississippi, alleging inadequacies regarding the hiring of Defendant Kinne is DISMISSED WITHOUT PREJUDICE;

(3) all of the Plaintiffs' remaining claims against Defendant City of Oxford, Mississippi, are DISMISSED WITH PREJUDICE;

(4) the claims against Defendant Jeff McCutchen are DISMISSED WITH PREJUDICE; and

(5) this case is CLOSED.

SO ORDERED, this the __31st__ day of May, 2022.

                                                     _/s/ Glen H. Davidson_

                                                      SENIOR U.S. DISTRICT JUDGE